# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017
_____

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

July 18, 2017

**VIA ECF**

The Honorable Nelson S. Román
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        **RE:**     <u>Valentin Salgado v. Alize II Corp., dba Caridad & Louie's
                   Case No. 17 Civ. 954 (NSR) (PED)</u>

Dear Judge Román,

      Plaintiff's complaint was filed in February 2017 and a timely answer served in March 2017.

      On behalf of the plaintiff, we respectfully ask the court to schedule an initial pretrial conference at its earliest convenience. For scheduling purposes, the undersigned anticipates appearing in the Southern District in White Plains in the morning of September 1, 2017, before Judge McCarthy on another matter, and would be available at around noon, or early afternoon that day. Additionally the undersigned will be out of the country during the week of August 21.

      Thank you for your consideration of this case.

                                          Respectfully submitted,

                                          */s/ Peter H. Cooper*

                                          Peter H. Cooper

cc:    Martin Restituyo, Esq. (Via ECF)
        Attorneys for Defendant