**MEMO ENDORSED**

# CILENTI & COOPER, PLLC
### ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

The application is  X  granted.
___ denied.

/s/ (signature)

Nelson S. Román, U.S.D.J.
Dated: Aug. 1, 2017
White Plains, New York 10601

Initial Pre-trial Conf. adjourned from Aug. 3, 2017 until Sept. 15, 2017 at 12:00pm. Clerk of the Court requested to terminate the motion (doc. 11).

July 31, 2017

**CONSENT MOTION TO ADJOURN CONFERENCE**

**VIA ECF**

The Honorable Nelson S. Román
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      RE:    Valentin Salgado v. Alize II Corp., dba Caridad & Louie's
              Case No. 17 Civ. 954 (NSR) (PED)

Dear Judge Román,

This is plaintiff's motion to adjourn the conference scheduled for this Thursday, August 3, 2017. The reason for the adjournment is plaintiff's counsel has a previously confirmed deposition scheduled at the same time which conflicts with the conference. This is the parties' first request for an adjournment, and no pending deadlines will be affected.

The parties conferred and, pursuant to the court's individual practices, we respectfully suggest the following dates: September 14, September 15, September 21, September 28, September 29.

Thank you for your consideration of this case.

Respectfully submitted,

/s/ *Peter H. Cooper*

Peter H. Cooper

cc: Martin Restituyo, Esq. (Via ECF)
     Attorney for Defendant



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/2017