# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

November 15, 2017

**BY ECF**
The Honorable Nelson S. Román
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

        **Re:** *Valentin Salgado v. Alize II Corp.*
             Case No. 17-CV-954 (NSR)(PED)

Dear Judge Román,

    We are counsel to the plaintiff in the above-referenced matter. The parties are pleased to report that they have reached a settlement in principle. Accordingly, please accept this letter as the parties' joint request that all pending dates and deadlines be adjourned *sine die*, and that the parties be given until December 15, 2017 to file their settlement agreement for the Court's review and approval.

    We thank the Court for considering this application.

                              Respectfully submitted,

                              Cilenti & Cooper, PLLC

                By                          
                              Peter H. Cooper, Esq.

cc:    Honorable Paul E. Davison, U.S.M.J. (by ECF)
        Martin Restituyo (Via ECF)